**FILED**

01/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0518

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 20-0518

THERESA CARBAH,

      Petitioner and Appellee,

  and

CHRISTOPHER CARBAH,

      Respondent and Appellant.

## ORDER FOR SECOND EXTENSION OF TIME TO FILE OPENING BRIEF

Appeal from Cause No. DR 18-100 in the Sixth Judicial District Court of Montana, Park County, Judge Brenda Gilbert

Karl Knuchel
Karl Knuchel, P.C.
101 North E Street, P.O. Box 953
Livingston, MT 59047
(406) 222-0135
karl@knuchelpc.com

*Counsel for Respondent*

*and Appellant*

Katie Green
Poore, Roth & Robinson, P.C.
1341 Harrison Avenue
Butte, MT 59701
(406)497-1200
kcg@prrlaw.com

*Counsel for Petitioner and*

*Appellee*

1

UPON review of the *Unopposed Motion for Second Extension of Time to File Opening Brief* by counsel for the Respondent/Appellant herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's Opening Brief is extended to the 21st of February 2021.

DATED this 22nd day of January, 2021.

_____
JUSTICE OF THE SUPRME
COURT OF MONTANA

cc:    Karl Knuchel
       Kirsten Mull Core

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2021, a copy of the foregoing pleading was served upon the following named person(s):

Kirsten Mull Core
1700 West Koch, Ste. 9
Bozeman, MT 59715

Dated this 22nd day of January, 2021

Webster Crist

Name

101 N. E Street Livingston, MT 59047

Address

Associate Attorney

Title